Mark Mausert
NV Bar No. 2398
Cody Oldham
NV Bar No.14594
729 Evans Avenue
Reno, NV 89512
(775) 786-5477
Fax  (775) 786-9658
mark@markmausertlaw.com
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA SMITH, | Case No.: 3:18-cv-00234-LRH-WGC |
| Plaintiff, | |
| vs. | **CERTIFICATE OF INTERESTED PARTIES.** |
| RENO NEWSPAPERS, INC. and DOES I-X, | |
| Defendants. | |

The undersigned counsel for plaintiff, BARBARA SMITH, certifies that the following has an interest in the outcome of this case:

1. Gannett Co., Inc.
2. RGJ Media Group
3. Reno Gazette Journal

//

//

//

//

These representations are made to enable judges of the court to evaluate possible recusal.

Dated this 29th day of May, 2018.

        /s/ Mark Mausert
Mark Mausert
NV Bar No. 2398
Cody Oldham
Nevada Bar No. 14594
930 Evans Avenue
Reno, NV 89512
TELEPHONE:(775) 786-5477
FACSIMILE: (775) 786-9658
*Attorneys for Plaintiff*