UNITED STATES DISTRICT COURT

**BARBARA SMITH,**
        Plaintiff(s),
    VS.
**RENO NEWSPAPERS, INC,**
        Defendant(s),

CASE NO:   3:18-cv-00234-LRH-WGC

DECLARATION OF SERVICE

STATE OF NEVADA
COUNTY OF WASHOE     ss.:

**DANIEL ACTON-STEVENS**, being duly sworn says: That at all times herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to nor interested in the proceedings in which this Affidavit is made.

That Affiant received copy(ies) of the **SUMMONS IN A CIVIL ACTION; FIRST AMENDED CIVIL COMPLAINT AND JURY DEMAND** On 5/25/2018 and served the same on 5/25/2018 at 2:54 PM by delivery and leaving a copy with:

**Macie Tuell - Administrative Assistant**, pursuant to NRS 14.020 as a person of suitable age and discretion, of the office of THE CORPORATION TRUST COMPANY OF NEVADA, registered agent for RENO NEWSPAPERS, INC, at the registered address of:

701 S Carson St Ste 200, Carson City, NV 89701-5239

    A description of Macie Tuell is as follows

| Gender | Color of Skin/Race | Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Black | 18 - 25 | 5'0 - 5'6 | 120-140 Lbs |

Pursuant to NRS 239B.030 this document does not contain the social security number of any person.

Affiant does hereby affirm under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.
Executed on: 6/5/2018
by DANIEL ACTON-STEVENS
Registration: R-093893

No notary is required per NRS 53.045

X _____
DANIEL ACTON-STEVENS
Registration: R-093893
Reno Carson Messenger Service, Inc #322
185 Martin St.
Reno, NV 89509
(775) 322-2424
www.renocarson.com

Order#: R36645 NVPRF411