Rick R. Hsu, NV Bar # 5374
MAUPIN, COX & LeGOY
4785 Caughlin Parkway
P. O. Box 30000
Reno, NV 89520
(775) 827-2000 (office)
(775) 827-2185 (fax)
rhsu@mcllawfirm.com
*Attorneys for Defendant*
*Reno Newspapers, Inc.*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>RENO NEWSPAPERS, INC. and DOES I – X,<br><br>Defendants. | Case No.: 3:18-cv-00234-LRH-WGC<br><br>**STIPULATION TO EXTEND TIME TO FILE ANSWER; ORDER** |

The parties, by and through their undersigned counsel of record, hereby stipulate that the deadline to for Defendant Reno Newspapers, Inc. to file an answer or paper in response to the Complaint (Dkt No. 3) is extended until Friday, July 6, 2018.

[signature page to follow]



DATED this 13th day of June, 2018.

                                                                 MAUPIN, COX & LEGOY

/s/ Mark Mausert, Esq.                      By: /s/ Rick R. Hsu, Esq.
Mark Mausert, No. 2398                      Rick R. Hsu, No. 5374
Cody Oldham, No. 14594                   4785 Caughlin Parkway
729 Evans Ave.                                    Reno, Nevada 89519
Reno, NV 89512                                *Attorneys for Defendant Reno Newspapers, Inc.*
*Attorneys for Plaintiff Barbara Smith*

IT IS SO ORDERED

*/s/ William G. Cobb*
_____
UNITED STATES MAGISTRATE JUDGE

DATED:    June 18, 2018

