| | |
|---|---|
| | |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA SMITH, | **Case No.: 3:18-cv-00234-LRH-WGC** |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |
| RENO NEWSPAPERS, INC. and DOES I-X, | |
| Defendants. / | |

    Plaintiff, BARBARA SMITH, and Defendant, RENO NEWSPAPERS, INC., by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

///

///

///

///

///

//

//

//

//

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

| | |
|---|---|
| Dated: February 7, 2019.<br>LAW OFFICE OF MARK MAUSERT | Dated: February 7, 2019.<br>FRANTZ WARD LLP |
| /s/ Mark Mausert<br>MARK MAUSERT<br>CODY OLDHAM | /s/ Carl Gluek<br>CARL H. GLUEK<br>RYAN T. SMITH |
| Attorneys for Plaintiff | Attorneys for Defendant |

Dated: February 7, 2019.
MAUPIN, COX & LeGOY

/s/ Rick Hsu
RICK HSU

Attorneys for Defendant

**IT IS SO ORDERED.**

Dated this 8th day of February, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE